UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

EDWARD NATHANIEL CARLTON,

        Plaintiff,        Case No. 1:21-cv-981

v.        Honorable Phillip J. Green

TOM LEBO, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Defendant Loomis is dropped as a party and Plaintiff's claims against him are **DISMISSED WITHOUT PREJUDICE** under Rule 21 of the Federal Rules of Civil Procedure because Defendant Loomis is misjoined in this action.

**IT IS FURTHER ORDERED** that Plaintiff's complaint against Defendants Lebo, Dine, Burns, and Rewerts is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A, and 42 U.S.C. § 1997e(c).

Dated:   January 19, 2022        /s/ Phillip J. Green
                                                PHILLIP J. GREEN
                                                United States Magistrate Judge